**Miguel Angel BLANCO–DIAZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73501.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 1, 2012.

Miguel Angel Blanco–Diaz, La Puente, CA, pro se.

Aric Allan Anderson, Nehal Kamani, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Miguel Angel Blanco–Diaz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to recon-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

sider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

The agency did not abuse its discretion in denying Blanco–Diaz's motion to reconsider where Blanco–Diaz had failed to demonstrate the existence of "exceptional circumstances … beyond the control of the alien" that would warrant reopening under 8 U.S.C. § 1229a(e)(1). *See* 8 C.F.R. § 1003.2(b)(1) (requiring motion to reconsider to state an error of fact or law); *see also Valencia–Fragoso v. INS*, 321 F.3d 1204, 1205–06 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

